CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7241
FAX: (415) 436-7234
William.skewes-cox@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JHAN PAUL STIK ZAMORA-YEPES,<br>Defendant. | **CASE NO.** 3:26-cr-00393-TSH<br>**~~[PROPOSED]~~ RELEASE ORDER FROM UNITED STATES MARSHAL CUSTODY** |

The defendant, JHAN PAUL STIK ZAMORA-YEPES, is ordered released from the custody of the United States Marshal on Thursday, October 29, 2026, at 450 Golden Gate Ave, San Francisco, CA 94102, based on a sentence of three months imprisonment.

**IT IS SO ORDERED.**

DATED: 9/10/26

HON. THOMAS S. HIXSON
United States Magistrate Judge